6 A.3d 438

IMO OPINION NO. 12–08 OF THE SUPREME COURT ADVISORY
COMMITTEE ON EXTRAJUDICIAL ACTIVITIES (JUDGE
VINCENZO SICARI—PETITIONER)

October 8, 2010.

ORDERED that the notice of petition for review is granted.

6 A.3d 439

PFIZER, INC., PLAINTIFF–MOVANT, v. DIRECTOR, DIVISION
OF TAXATION, DEFENDANT–RESPONDENT.

October 21, 2010.

ORDERED that the motion for leave to appeal is granted.

6 A.3d 439

PETER RISKO, INDIVIDUALLY AND AS ADMINISTRATOR AD
PROSEQUENDUM OF THE ESTATE OF CAMILLE M. RISKO,
A/K/A CARMELA RISKO, PLAINTIFF–RESPONDENT, v.
THOMPSON MULLER AUTOMOTIVE GROUP, INC. T/A HAM-
MONTON CHRYSLER JEEP DODGE, DEFENDANT–MOVANT.

October 21, 2010.

ORDERED that the motion for leave to appeal is granted.